**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

STRIKE 3 HOLDINGS, LLC,

    Plaintiff,

v.                                                                Case No.: 6:23-cv-127-WWB-RMN

JOHN DOE SUBSCRIBER ASSIGNED
IP ADDRESS 69.244.255.253,

    Defendant.

## ORDER

THIS CAUSE is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice of John Doe (Doc. 15). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk of Court is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** at Orlando, Florida on April 24, 2023.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record